CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916)333-2222
Facsimile: (916)273-8956
Attorneys for Defendant
JC Realty Investment LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JC REALTY INVESTMENT LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case: 3:20-CV-6544-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 07, 2020            CENTER FOR DISABILITY ACCESS

                                                           By: /s/ Amanda Seabock
                                                               Amanda Seabock
                                                                Attorneys for Plaintiff

Dated: December 07, 2020            LAW OFFICE OF RICK MORIN, PC

                                                           By: /s/ Richard Morin
                                                                Richard Morin
                                                               Attorneys for Defendant
                                                               JC Realty Investment LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for JC Realty Investment LLC, and that I have obtained Mr. Morin's authorization to affix his electronic signature to this document.

Dated: December 07, 2020        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff